# Exhibit B

# Delaware
## The First State

CERTIFICATE

SEARCHED MAY 6, 2021 AT 7:56 P.M.
FOR DEBTOR, SEAON, LLC

| | | |
|---|---|---|
| 1 OF 1 | FINANCING STATEMENT | 20190205653 |

EXPIRATION DATE: 01/09/2024

DEBTOR:      SEAON, LLC

             2055 E WARNER ROAD                                  ADDED    01-09-19

             TEMPE, AZ US 85284

SECURED:     GOLD CHASER HOLDING LIMITED

             26/F EVERBRIGHT CENTRE, 108                         ADDED    01-09-19
             GLOUCESTER ROAD

             WANCHAI, HONG KONG,  HK 999077

F I L I N G   H I S T O R Y

20190205653    FILED 01-09-19    AT 2:33 P.M.    FINANCING STATEMENT

E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, SEAON, LLC AS OF APRIL 29, 2021 AT 11:59 P.M.

# Delaware

## The First State





20217955920-UCC11
SR# 20211640203

Authentication: 203147907
Date: 05-06-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Delaware Department of State
U.C.C. Filing Section
Filed: 02:33 PM 01/09/2019
U.C.C. Initial Filing No: 2019 0205653

Service Request No: 20190164735

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SEAON, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2055 E Warner Road | Tempe | AZ | 85284 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GOLD CHASER HOLDING LIMITED | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 26/F Everbright Centre, 108 Gloucester Road | Wanchai, Hong Kong | | 999077 | HKG |

4. COLLATERAL: This financing statement covers the following collateral:

All (a) Pledged LLC Interests, (b) General Intangibles in respect of the Pledged LLC Interests and (c) Proceeds of the foregoing. See Exhibit A for further information about the collateral.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE Secretary of State

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**Exhibit A**
**to UCC Financing Statement**

Debtor:         SEAON, LLC
Address:        2055 E Warner Road, Tempe, AZ 85284 USA

Secured Party:  GOLD CHASER HOLDING LIMITED
Address:        26/F Everbright Centre, 108 Gloucester Road, Wanchai, Hong Kong

As used in item 4 of the UCC Financing Statement naming SEAON, LLC as Debtor and GOLD CHASER HOLDING LIMITED as Secured Party:

"**Collateral**" means all (a) Pledged LLC Interests, (b) General Intangibles in respect of the Pledged LLC Interests and (c) Proceeds of the foregoing.

"**General Intangible**" means all right, title, and interest of Debtor (in each case whether now or hereafter existing, owned, arising, or acquired) in and to a general intangible (as defined in the Uniform Commercial Code).

"**Pledged LLC Interests**" means all limited liability company interests of Debtor (in each case whether now or hereafter existing, owned, arising, or acquired) in Seaon Global and the certificates, if any, representing such limited liability company interests, and any interest of Debtor on the books and records of Seaon Global, and all dividends, distributions, cash, warrants, rights, options, instruments, securities and other property or proceeds from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of such limited liability company interests.

"**Proceeds**" means all right, title, and interest of Debtor (in each case whether now or hereafter existing, owned, arising, or acquired) in and to proceeds (as defined in the Uniform Commercial Code), and (whether or not included in such definition), (a) whatever is acquired upon the sale, exchange, or other disposition of the Collateral, (b) whatever is collected on, or distributed on account of, the Collateral, and (c) rights arising out of the Collateral.

"**Seaon Global**" means Seaon Global, LLC, a Delaware limited liability.

"**Uniform Commercial Code**" means the Uniform Commercial Code as adopted by and in effect from time to time in the State of Delaware.