# Exhibit D



BY EMAIL (warren@seaonglobal.com, Sbk@seaonglobal.com, sh54waseda@yahoo.com)

SEAON GLOBAL, LLC

2055 E Warner Road
Tempe, AZ 85284
United States of America

Attn: Mr Warren Carsey

| Our Ref | Your Ref | Date |
|---|---|---|
| RRH/AKW/10262451 | | 22 April 2021 |

Dear Sirs

**RE: Claim in relation to Loan and Security Agreement dated 27 December 2018**

We act on behalf of Gold Chaser Holding Limited.

We are instructed that: -

1. On 27 December 2018, our client, Gold Chaser Holding Limited, as lender entered into a Loan and Security Agreement with you as borrower and Seaon LLC as pledgor (the "Loan Agreement").

2. On 9 April 2020, our client entered into Amendment No. 1 to the Loan and Security Agreement ("the Amendment No. 1") with you and Seaon LLC. Pursuant to the Amendment No. 1, the total outstanding principal amount of the loan shall be US$1,100,000 (the "Principal") and the maturity date of the loan was 30 September 2020.

We attach copies of the said Loan Agreement and the Amendment No. 1 in support of our client's claims.

Our client has not received any payment for the loan to date.

The Amendment No. 1 states that interest is calculated at (i) 13.5% per annum from and after the date any loan is advanced up to and including 31 March 2020 and (ii) 18.5% per annum, calculated on the Principal from and after 1 April 2020. The interest rate on the management fee is 15 basis points (i.e. 0.15%) of the Principal amount per month.

Our client hereby demands payment in the sum **US$1,261,530.41**, as the total amount of the Principal, management fees and interest up to and including 22 April 2021. Interest and management fees continue to accrue at about US$700 daily.

Beijing Office Address: 7th Floor Tower W3 Oriental Plaza 1 East Chang An Avenue Beijing 100738 P R China    Telephone: +86 10 5814 3600   Facsimile: +86 10 5814 3700
Shanghai Office Address: Level 23 Shanghai Two IFC 8 Century Avenue Shanghai 200120 P R China    Telephone: +86 21 6035 6188   Facsimile: +86 21 6035 6199
A Firm of Solicitors regulated by the Law Society of Hong Kong.
PARTNERS: Joyce Chan   Chong Ik Wei**   Sarah Clover**   Peter Coles   James Cooper**   Jon Howes   Christopher Jobson   Gloria Jones   Matthew Lam   Simon McConnell   Stuart Miller   Rosie Ng Michael Payton**   Patrick Perry   Rachael Shek Anthony Woo   Mun Yeow
REGISTERED FOREIGN LAWYER: Fei Kwok (England and Wales)



**Please make full payment by close of business Monday, 26 April 2021 (Hong Kong Time)**. If payment is not received by prescribed time, our client will take further action(s) against you, your assets and the four barges (SEAON No. 1-36, SEAON No. 2-36, SEAON No. 3-50, SEAON No.4-36) pledged under the Loan Agreement. In those circumstances, substantial legal costs will be incurred, which our client shall recover against you in full.

Yours sincerely

**CLYDE & CO**
Atth.